# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | § | CHAPTER 7 |
| | § | |
| ERNETS MUSON THOMPSON, and | § | CASE NO.: 18−40955−EJC |
| SANDRA MULLIS THOMPSON, | § | |
| | § | |
| DEBTORS. | § | |

I, **Tiffany E. Caron**, the duly appointed, qualified Trustee herein, applies for an Order of this Court authorizing the Trustee to employ: **BKAssets.com, LLC** (" BKAssets "), as an Internet Auctioneer for sale of the property listed and described below, on an Internet venue selected by BKAssets. The Internet auctioneer's compensation shall not exceed **10% (ten)** percent of the gross sales price. Expenses are estimated not to exceed $375 for each auction for costs in listing fees, final value fees and shipping costs.

**DESCRIPTION OF PROPERTY TO BE SOLD:**

**ESTATE'S INTEREST IN:**

Women's Diamond Yellow Gold "Jabel" Bracelet;
Women's Diamond Bezel Rolex Watch; and
Women's Mink Coat (" Property ").

| **Time and Place of Sale:** | The internet venue for the sale is http://www.bkassets.com and the internet venue chosen by Auctioneer. |
|---|---|
| | Sale Period: The actual auction sales will be run on the Internet venue chosen by Auctioneer. The sale period will be 7 or 10 (seven or 10) days. Links will be provided at www.bkassets.com and the internet auction venue determined by, in order for bidders to participate in the internet bidding process. |
| | Participation: To participate in the Auction, a party should first go to the www.bkassets.com website to view the asset being held pending a sale date (waiting for the bar date notice contained herein to expire plus approximately five (5) business days). Once the bar date notice has expired plus approximately five (5) business days, the sale will commence on the |

| | |
|---|---|
| | internet venue. Potential purchasers may obtain the location of the Internet online bidding link through www.bkassets.com. The sale information will also be available on the internet venue in the applicable categories. |
| **Prospective Buyer:** | The prospective buyer will be the initial bidder at the Auction. The Property shall be sold to the person making the highest and best offer. |
| **Insider Status:** | Unknown at this time. The prospective buyer will be the initial bidder at the Auction. |
| **Property or Interest To Be Sold:** | Women's Diamond Yellow Gold "Jabel" Bracelet<br><br>Women's Diamond Bezel Rolex Watch<br><br>Women's Mink Coat |
| **Entities Known or Believed to Hold Interests in Property To Be Sold:** | None known by trustee at this time. |
| **If the Sale is Free and Clear of Liens, Claims or Interests:** | The sale is subject to all liens, claims and interests. The Trustee is not aware of any liens or encumbrances against the Property. |
| **Terms and Conditions of Offer:** | The amount of the initial offer will be determined by the initial bidder at the Auction, subject to higher and better offers at the Auction.<br><br>Reserve or Minimum Price:  The Trustee, using her business judgment, has set a minimum price of $1,000.00 for each item before the Auction can close, reserving the right to re-run the Auction with a lower minimum price if the asset does not sell initially.<br><br>The property will be sold as is, where is, with no warranties implied or stated, subject to any existing liens and encumbrances known or unknown by the Trustee (see liens and encumbrances for known amounts). Buyer to pay all costs associated with transfer of property.<br><br>Auctioneer will disclose to all potential bidders on www.bkassets.com and the internet auction venue that the contemplated sale is subject to a Bankruptcy Court Proceeding. The case number and case name will be provided as well as Auctioneer's name, address, phone information. All sales will be subject to the terms and conditions set forth in this Motion as directed by the Trustee.<br><br>Closing Procedure: The highest final bid received (assuming the minimum price is met) at the closing of the bidding on the Internet Auction Venue will be considered the final bid accepted by Auctioneer.  Auctioneer will |

|  | |
|---|---|
|  | proceed to close the sale with the final bidder. The highest bidder will be required to send Auctioneer certified funds. Within twenty-one (21) days of receiving the funds, Auctioneer will provide the highest bidder with the Property, conveying the purchase asset.  After closing the sale, Auctioneer will provide a report of sale to the Trustee indicating the results of the sale. The Trustee will file the report of sale with the Court. |
|  | If the highest bidder does not close the sale, Auctioneer reserves the right to proceed to the next highest bid received and close with that bidder, which will be reflected in the report filed by Auctioneer. |
|  | Information regarding Internet Auctioneer & Internet Venue Provider:  The BKAssets website specializes in the sale of bankruptcy estate assets. The BKAssets website provides an automated auction venue operated by computer under the Trustee's direction. Auctioneer obtains information available regarding the asset, answers inquiries received via the internet, telephone and fax regarding the asset, monitors the sale on the internet auction venue and closing the sale which entails obtaining certified funds from the buyer and providing title (and/or goods) to the eventual buyer. |
|  | The Auctioneer agrees identify, list, process for auction, clean, photograph, describe and upload to an online auction platform for sale, the items of Property set forth above, and to advise the Trustee with respect to obtaining the highest and best offers available in the present market for said Property. |
|  | Auctioneer uses an Internet auction venue to obtain bids from the public. The internet auction venue does not handle any funds of the estate and/or assets.  The internet auction venue charges an advertising fee to Auctioneer for the listing of the bankruptcy property. This advertising fee is an expense to be reimbursed to Auctioneer along with its 10% commission based upon the highest Internet bid received by the Trustee. Auctioneer will collect a document preparation fee and shipping costs from the buyer to offset the potential expenses paid by the estate to Auctioneer. |
| **Viewing:** | For a period of 21 days after the date of this Notice plus five (5) additional business days, the asset and any available due diligence information will be able to be viewed on www.bkassets.com. |
| **Subject to Higher and Better Bids:** | The contemplated sale is subject to higher and better bids at the Auction. The Property will be offered to the person making the highest bid at the Auction. |
| **Deadline to File and Serve Objections:** | Any person opposing the sale shall file a written objection with the Clerk of the U.S. Bankruptcy Court, 125 Bull St, Rm 213 P.O. Box 8347 Savannah, GA 31412 and served upon the Trustee's counsel, Tiffany E. Caron, Trustee P.O. Box 9056, Savannah, GA 31412. Any such objection must be filed and served within 21 days of the date of this Notice.  If a person timely objects in writing and a hearing is requested but has not yet been conducted by the scheduled sale date, bids will still be taken and the sales procedure followed. The closing of the sale will be dependent upon the outcome of the Court hearing on the objection. |

| **Compensation:** | The Trustee has consulted with and shall seek to employ Auctioneer to assist with the marketing and selling of the Judgment at Auction and Auctioneer has agreed to sell the Property.  Auctioneer, upon Court approval, shall receive compensation based on the final sales price of the property in an amount equal to 10% of the final sales price received by the Trustee. Auctioneer may have expenses in relationship to the sale, which are estimated as follows: not to exceed $375 for each auction for costs to obtain copies of any other necessary to complete sale, listing fee, final value fee and shipping costs. Auctioneer is not an insider. |
|---|---|
| **Appraisals:** | The Trustee is not aware of any appraisal of the Property. |

Therefore it is the Trustee's belief that the proposed sale is in the best interest of the estate and the proposed public auction via the Internet is fair and reasonable and affords the estate the best opportunity to maximize the value of this type of property, which is generally difficult for a bankruptcy trustee to sell.

The Trustee further requests the court to cause notice of this sale and application to approve the Internet sales procedure for the sale of the estate's interest in the Property, filed herein, to be given to all creditors and interested parties as soon hereafter as is practical.

To the best of the Applicant's knowledge, BKAssets has no connections with the debtor, creditors any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, except as set forth in the attached declaration.

Respectfully submitted this 11th day of October, 2018.

/s/ Tiffany E. Caron
Tiffany E, Caron, Attorney for Trustee

/s/ Tiffany E. Caron
Tiffany E. Caron, Esq.
GA Bar No. 745089
P.O. Box 9056
Savannah, GA 31412
912-234-1215
tiffany.caron@hotmail.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | § § | CHAPTER 7 |
| THOMPSON, Ernest Munson, and THOMPSON, Sandra Mullis | § § § | CASE NO.: 18−40955−EJC |
| DEBTORS. | § | |

I, **David A. Birdsell**, Managing Member of BKAssets.com, LLC, hereby declare as follows:

1. I am the Managing Member of BKAssets.com, LLC an Internet auction company.

2. Our office location is at 216 N. Center St. Mesa, AZ 85201.

3. Except as noted herein, myself or the firm BKAssets.com, LLC has no connection with the debtor, creditors, case trustee, or any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee. Mr. Birdsell does serve on the Panel of Chapter 7 trustees in the District of Arizona.

4. Myself or the firm BKAssets, LLC, neither holds nor represents any interests adverse to the debtor or its estate in the matters upon which it is engaged.

5. I have reviewed the Application for Appointment of Internet Auctioneer as prepared by the Trustee, in the above-referenced bankruptcy case, dated **10/11/2018** and agree with the representations made therein.

I, **David A. Birdsell**, Managing Member of BKAssets.com, LLC, declare under penalty of perjury that the foregoing is true and correct.

Executed on this   11TH   Day of   October  , 2018 by:

_____
David A. Birdsell, Managing Member
BKAssets.com, LLC

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | § § | CHAPTER 7 |
| ERNETS MUSON THOMPSON, and SANDRA MULLIS THOMPSON, | § § § § | CASE NO.: 18−40955−EJC |
| DEBTORS. | § | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing, **APPLICATION OF TRUSTEE TO EMPLOY,** through CM/ECF or by depositing same in the United States Mail with sufficient postage affixed thereon, to those addressed below:

| | |
|---|---|
| Mark Bandy | Office of the U.S. Trustee |
| Law Office of Mark A. Bandy PC | Johnson Square Business Center |
| 102 Brandywine Rd | 2 East Bryan Street, Ste. 725 |
| Savannah, GA 31405 | Savannah, GA 31401 |

This the 11th day of October, 2018.

s/ Tiffany E. Caron
TIFFANY E. CARON, Trustee

Prepared by:
Tiffany E. Caron, Esq.
Chapter 7 Trustee
P.O. Box 9056
Savannah, Ga 31412
912-234-1215