**IT IS ORDERED as set forth below:**



**Date: October 22, 2018**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

---

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Ernest Munson Thompson and Sandra Mullis Thompson**<br>        Debtors | Case No.:   18−40955−EJC<br>Judge:   Edward J. Coleman III<br>Chapter:   7 |

## ORDER APPOINTING BROKER

   The Application of the Trustee for appointment of BK Global Real Estate Services as Broker for the Trustee having been considered and it appearing to the Court that the employment of BK Global Real Estate Services is necessary and beneficial to this estate,

   It further appearing that the Broker has no adverse interest to those of this estate, and that the employment is proper,

   IT IS THEREFORE ORDERED that the Trustee is authorized to employ the services of BK Global Real Estate Services as Broker for the Trustee subject to objection by any party in interest within twenty−one (21) days of the date hereof. The compensation of such Broker will be later fixed and determined by the Court in such manner as the Court may from time to time direct after notice to creditors.

**[END OF DOCUMENT]**

*B−04e [07−14]*