**IT IS ORDERED as set forth below:**



**Date: October 22, 2018**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Ernest Munson Thompson and Sandra Mullis Thompson**<br>        Debtors | Case No.:   18−40955−EJC<br><br>Judge:   Edward J. Coleman III<br><br>Chapter:   7 |

## ORDER APPOINTING INTERNET AUCTIONEER

   The Application of the Trustee, Tiffany E. Caron, for appointment of BKAssets.com, LLC as Internet Auctioneer for the Trustee having been considered and it appearing to the Court that the employment of BKAssets.com, LLC is necessary and beneficial to this estate,

   It further appearing that the Internet Auctioneer has no adverse interest to those of this estate, and that the employment is proper,

   IT IS THEREFORE ORDERED that the Trustee is authorized to employ the services of BKAssets.com, LLC as Internet Auctioneer for the Trustee subject to objection by any party in interest within twenty−one (21) days of the date hereof. The compensation of such Internet Auctioneer will be later fixed and determined by the Court in such manner as the Court may from time to time direct after notice to creditors.

**[END OF DOCUMENT]**

*B−04e [07−14]*